

EPSTEIN BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900
Attorneys for Plaintiff Robern, Inc.

RICHARD MALAGIERE (RM-3991)
THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
(201) 440-0675
Attorneys for Defendant American Glasscrafters, Inc. d/b/a Glasscrafters, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERN, INC., | : |
| Plaintiff, | : Civil Action No. 2:16-cv-01815-JMV-MF |
| -vs- | : |
| GLASSCRAFTERS, INC., | : *Document Filed Electronically* |
| Defendant. | : **STIPULATION OF VOLUNTARY DISMISSAL** |

Plaintiff Robern, Inc. and Defendant Glasscrafters, Inc. have reached an agreement to settle this matter and jointly stipulate to dismissal of the action. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties request that this matter be dismissed without prejudice and that each party shall bear its own costs and fees.

Respectfully submitted,

**EPSTEIN BECKER & GREEN, P.C.**

**THE LAW OFFICES OF RICHARD MALAGIERE
A PROFESSIONAL CORPORATION**

*By:  s/James P. Flynn*
James P. Flynn
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900
JFlynn@ebglaw.com

*By:  s/Richard Malagiere*
Richard Malagiere
250 Moonachie Road, Suite 102
Moonachie, New Jersey 07074
(201) 440-0675
rm@malagierelaw.com

OF COUNSEL
Kadie M. Jelenchick
Michelle A. Moran
**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
Milwaukee, WI  53202
(414) 271-2400
kjelenchick@foley.com
mmoran@foley.com

*Attorneys for Defendant American Glasscrafters,
Inc. d/b/a Glasscrafters, Inc.*

*Attorneys for Plaintiff Robern, Inc.*

So Ordered:

Judge John Michael Vazquez, U.S.D.J.          2/2/18
                                              Date

4